1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| KIMBERLY PORTER, | |
|---|---|
| Plaintiff, | CASE NO. 12-cv-05042 RBL |
| v. | ORDER ADOPTING REPORT AND RECOMMENDATION |
| MICHAEL J. ASTRUE, Commissioner of the Social Security Administration. | |
| Defendant. | |

The Court, having reviewed the Report and Recommendation of Judge J. Richard Creatura, United States Magistrate Judge, on Defendant's Motion for Remand Pursuant to Sentence Six, 42 U.S.C. § 405(g) (ECF No. 8) and the relevant record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) The matter is **REMANDED** pursuant to sentence six of 42 U.S.C. § 405(g) to the Commissioner for a *de novo* hearing;

(3) This Court retains jurisdiction over this action;

1  (4) After remand, the Commissioner of Social Security shall modify or affirm the
2  Commissioner's findings of fact or the Commissioner's decision, or both, and shall file with the
3  Court any such additional or modified findings of fact and decision;
4  (5) If the outcome is not fully favorable to Plaintiff, the Commissioner promptly shall file
5  with the Court a transcript of the complete record and testimony on which the Commissioner's
6  action in modifying or affirming is based, and plaintiff may seek judicial review by reinstating
7  this case rather than by filing a new complaint; and
8  (4) If the outcome is favorable to Plaintiff, the parties promptly shall move this Court for
9  entry of Judgment.

11  Dated this 18th day of July, 2012.

_Ronald B. Leighton_
Ronald B. Leighton
United States District Judge