IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| KIMBERLY M. PORTER,<br><br>Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Civil. No. 3:12-cv-05042<br><br><br><br>ORDER GRANTING UNOPPOSED<br>MOTION TO DISMISS |

The Court previously granted Defendant's motion to remand this case under sentence six of 42 U.S.C. § 405(g). *See* Dkt. No. 10. In the further administrative proceedings on remand, the Commissioner issued a partially favorable decision finding Plaintiff disabled from August 31, 2006, through January 31, 2014. Dkt. No. 13 at 16–28.

Because those administrative proceedings are now complete, Defendant filed a motion to reopen the case for purposes of dismissing this civil action. Dkt. No. 12. Plaintiff filed no opposition to that motion. The Court GRANTS Defendant's motion and hereby DISMISSES Plaintiff's complaint without prejudice.

DATED this 17th day of December, 2024.

Kymberly K. Evanson
United States District Judge

Page 1    ORDER